CATHERINE E. HUNT, Respondent, v. F. J. BOUTELL DRIVEWAY CO., INC., et al., Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

In the Matter of EDITH GOODEN, an Infant, by LOUIS GOODEN, Her Guardian ad Litem, Appellant, against BOARD OF EDUCATION OF MARCELLUS CENTRAL SCHOOL DISTRICT, Respondent.— Order affirmed, with $10 costs and disbursements. All concur. (The order denies petitioner's motion for leave to serve a notice of claim against the board of education.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

EDITH GOODEN, an Infant, by LOUIS GOODEN, Her Guardian ad Litem, et al., Respondents, v. BOARD OF EDUCATION OF MARCELLUS CENTRAL SCHOOL DISTRICT, Appellant.— Order so far as it denies the motion to dismiss the complaint as to plaintiff Edith Gooden, an infant, by Louis Gooden, her guardian ad litem, affirmed, with $10 costs and disbursements; order so far as it denies the motion to dismiss the complaint as to plaintiff, Louis Gooden, reversed on the law, and motion granted as to said plaintiff, Louis Gooden, without costs. All concur. (The order denies defendant's motion to dismiss the complaint.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

In the Matter of the Estate of KATHERINE CROTTY, Deceased. ISABELLA SCHRECK, Respondent; MARTIN CULLITON, as Administrator C. T. A. of KATHERINE CROTTY, Deceased.— Order reversed on the law and facts, with costs, and claim disallowed on the ground that the record discloses no competent evidence to sustain the allowance of the claim. All concur. (The order allows a claim against an estate.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

WALLACE WOJTKOWIAK, Appellant, v. JOSEPH WOJTKOWIAK, as Executor of PELAGIA WOJTKOWIAK, Deceased, Respondent. (Action No. 1.) GENEVIEVE WOJTKOWIAK, Appellant, v. JOSEPH WOJTKOWIAK, as Executor of PELAGIA WOJTKOWIAK, Deceased, Respondent. (Action No. 2.) — Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an action for an accounting and in an action for breach of contract to make a testamentary gift.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

ALBERT C. DURR, Appellant, v. J. H. GILROY et al., as Trustees of an Inter Vivos Trust Dated February 5, 1942, Respondents.— Judgment affirmed, with costs. All concur. (The judgment construes a trust agreement.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

CARL BACKUS, Appellant, v. MICHAEL MIETUS, Respondent.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event, on the ground that the question as to whether an unreasonable time had elapsed between the sale and rescission was one of fact for the jury. All concur. (The judgment is for defendant in an action for breach of warranty.) Present — Taylor P. J., McCurn, Love, Vaughan and Kimball, JJ.